THE STATE EX REL. OHIO ACADEMY OF TRIAL LAWYERS
ET AL. *v.* SHEWARD, JUDGE, ET AL.

[Cite as *State ex rel. Ohio Academy of Trial Lawyers
v. Sheward* (1998), 81 Ohio St.3d 1255.]

(No. 97–2419—Submitted and decided March 19, 1998.)

*Don C. Iler* and *Robert S. Peck,* for relators Ohio Academy of Trial Lawyers and Richard Mason.

*Stewart R. Jaffy & Associates Co., L.P.A., Stewart R. Jaffy* and *Marc J. Jaffy,* for relators Ohio AFL–CIO and William Burga.

*Betty D. Montgomery,* Attorney General, *Arthur J. Marziale, Jr., Judith L. French* and *Stephen P. Carney,* Assistant Attorneys General, for intervenor-respondent Ohio Attorney General.

---

Relators' joint motion to quash subpoenas is granted.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., concur.

PFEIFER, J., concurs separately.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

Intervenor-respondent's motion to compel is denied.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., concur.

PFEIFER, J., concurs separately.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

---

**PFEIFER, J., concurring.** I am voting to quash the subpoenas in this case not because the issue of relators' standing has been settled, but because the requests for depositions and for production of documents are overly broad and burdensome. More focused and tailored discovery requests, perhaps beginning with stipulations, would be appropriate.